No. 562. ROSKOS *v.* UNITED STATES. January 4, 1943. Motion for leave to proceed *in forma pauperis* granted.

Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John J. McCreary* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Lester P. Schoene, Wilbur C. Pickett,* and *Fendall Marbury* for the United States.